IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEONDRAY RAYMOND MASON, § <br> #02198087, § <br>     Petitioner, § <br> § <br> v. § <br> § <br> ADAM GONZALEZ, § <br>     Respondent. § | No. 3:22-CV-969-L (BT) |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### *IN FORMA PAUPERIS* ON APPEAL

Before the Court is the petitioner's *Application to Proceed In Forma Pauperis*, received on December 21, 2023 (doc. 14), which is liberally construed as a request to proceed *in forma pauperis* on appeal.

The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is therefore frivolous for the reasons set forth in the findings, conclusions, and recommendations filed in this case on June 21, 2022, and October 5, 2023, and the orders filed in this case on July 29, 2022, and November 20, 2023, respectively (docs. 6-7, 10, 12).

**If the Court denies the request to proceed *in forma pauperis* on appeal, the petitioner may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* Fed. R. App. P. 24(a)(5).

Signed January 4, 2024.

                                              REBECCA RUTHERFORD
                                              UNITED STATES MAGISTRATE JUDGE