IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEONDRAY RAYMOND MASON,** **#02198087,** | § § § | |
| Petitioner, | § § § | |
| v. | § | Civil Action No. **3:22-CV-969-L-BT** |
| **ADAM GONZALEZ,** | § § § | |
| Respondent. | § § | |

## ORDER

On January 4. 2024, the Recommendation Regarding Request to Proceed *In Forma Pauperis* on Appeal ("Recommendation") (Doc. 15) was entered, recommending that the court deny Petitioner's Application to Proceed *In Forma Pauperis* (Doc. 14), filed December 21, 2023. The Recommendation reasons that the request to proceed *in forma pauperis* should be denied because:

> the [c]ourt should certify under Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith, and that it presents no legal points of arguable merit and is therefore frivolous for the reasons set forth in the findings, conclusions, and recommendations filed in this case on June 21, 2022, and October 5, 2023, and the orders filed in this case on July 29, 2022, and November 20, 2023, respectively (docs. 6-7, 10, 12).

Rec. 1. The magistrate judge further recommends that:

> **[i]f the [c]ourt denies the request to proceed in forma pauperis on appeal, the petitioner may challenge the denial by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). See Fed. R. App. P. 24(a)(5).**

*Id*. No objections to this Recommendation were filed, and the deadline for doing so has expired.

Having considered Petitioner's Application to Proceed *In Forma Pauperis* (Doc. 14), the file, record in this case, and Recommendation, the court determines that the findings and

Order – Page 1

conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, Petitioner's Application to Proceed *In Forma Pauperis* (Doc. 14) is **denied**. In support of this ruling, the court, pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), **certifies** that the appeal is not taken in good faith. It also **incorporates** by reference the findings, conclusions, and recommendations filed in this case on June 21, 2022, and October 5, 2023, and the orders entered on July 29, 2022, and November 20, 2023 (Docs. 6-7, 10, 12), *see Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997), and determines that the appeal presents no legal points of arguable merit and is, therefore, frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Although this appeal is certified as not taken in good faith, Petitioner may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit within 30 days from the date of this order. *See Baugh*, 117 F.3d at 202; *see also* Fed. R. App. P. 24(a)(5).

**It is so ordered** this 9th day of February, 2024.

Sam A. Lindsay
United States District Judge